NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JUNE PARKS,**
*Petitioner,*

**v.**

**OFFICE OF PERSONNEL MANAGEMENT,**
*Respondent.*

---

2013-3032

---

Petition for review of the Merit Systems Protection Board in case no. SF0831120564-I-1.

---

**ON MOTION**

---

**O R D E R**

June Parks moves for leave to proceed in forma pauperis. The court treats Parks' submission as a motion for an extension of time to pay the filing fee, to file the Fed. Cir. R. 15(c) statement concerning discrimination, and to file a brief.

Upon consideration thereof,

IT IS ORDERED THAT:

JUNE PARKS v. OPM                                                                     2

(1) The motion for leave to proceed in forma pauperis is granted.

(2) The motion for an extension of time is granted. Parks has 30 days from the date of this order to file her 15(c) statement and her brief.

FOR THE COURT

/s/ Jan Horbaly
Jan Horbaly
Clerk

s24